UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK ROBERT LYTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>S. BAUM,<br><br>    Defendant. | 2:16-CV-00015-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO KEEP COURT INFORMED OF ADDRESS** |

Magistrate Judge Rodgers filed a Report and Recommendation on May 10, 2016, recommending Mr. Lytle's action be dismissed without prejudice. Plaintiff had failed to keep the Court informed of his change of address and had failed to comply with the directive to amend or voluntarily dismiss.

There being no objections, the Court **ADOPTS** the Report and Recommendation. This action is **DISMISSED WITHOUT PREJUDICE** for failure to keep the Clerk of Court informed of Plaintiff's current address.

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO KEEP COURT INFORMED OF ADDRESS **--** 1

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** this 2nd day of June 2016.



_____
Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO KEEP COURT INFORMED OF ADDRESS -- 2