# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| PATRICK ROBERT LYTLE, <br><br> *Plaintiff* <br> v. <br> S. BAUM <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:16-CV-015-SAB <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   this action is Dismissed Without Prejudice for failure to keep the Clerk of Court informed of Plaintiff's current address.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian _____ on a Report and Recommendation that the action be dismissed.


Date:   June 2, 2016                                      *CLERK OF COURT*

                                                    SEAN F. McAVOY

                                                    s/ Penny Lamb
                                                    *(By) Deputy Clerk*

                                                    Penny Lamb